

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00310-CV

**IN RE ALTERMAN INC.** and Gary Walters

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: May 22, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On May 14, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI02751, styled *Samuel Wright v. Alterman, Inc. and Gary Walters*, pending in the 438th Judicial District Court, Bexar County, Texas. The Honorable Antonia Arteaga signed the order at issue in this proceeding.